

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-19-2003

# Video Pipeline Inc v. Buena Vista Home

Precedential or Non-Precedential: Precedential

Docket No. 02-2497

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Video Pipeline Inc v. Buena Vista Home" (2003). *2003 Decisions.* Paper 227.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/227

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed September 19, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

02-2497

_____

VIDEO PIPELINE, INC.

v.

BUENA VISTA HOME ENTERTAINMENT, INC.

BUENA VISTA HOME ENTERTAINMENT, INC.;
MIRAMAX FILM CORP.,
                    Counterclaim-Plaintiffs

v.

VIDEO PIPELINE, INC.,
                    Counterclaim-Defendant

Video Pipeline, Inc.,
                    Appellant

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 00-cv-05236)
District Judge: Honorable Jerome B. Simandle

_____

Argued January 21, 2003

Before: BECKER,* NYGAARD, and AMBRO, *Circuit Judges*

(Opinion filed August 26, 2003)

_____

* Judge Becker concluded his term as Chief Judge on May 4, 2003.

---

## ORDER AMENDING OPINION

---

The opinion in the above case is hereby amended as follows:

1.  On page 2, the list of counsel for Appellees shall read as follows:

    Gary A. Rosen, Esquire (Argued)
    Law Offices of Gary A. Rosen, P.C.
    1831 Chestnut Street, Philadelphia, PA 19103

    Patrick Madamba, Jr., Esquire
    Akins, Grump, Strauss, Hauer & Feld, LLP
    2005 Market Street
    One Commerce Square, Suite 2200
    Philadelphia, PA 19103
    *Attorneys for Appellee*

2.  On page 5, footnote 3, the third paragraph of the footnote is deleted in its entirety.

/s/ Thomas L. Ambro
Circuit Judge

Dated: September 19, 2003

A True Copy:
      Teste:

*Clerk of the United States Court of Appeals
for the Third Circuit*